

## NUMBER 13-18-00246-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

**JORGE ALBERTO CLEMENTE GUAJARDO,**       **Appellant,**

**v.**

**THE STATE OF TEXAS,**       **Appellee.**

**On Appellee's Fifth Motion for
Extension of Time to File Brief.**

## ORDER TO FILE APPELLEE'S BRIEF

**Before Chief Justice Contreras and Justices Longoria and Perkes
Order Per Curiam**

This cause is before the Court on appellee's fifth motion for extension of time to file the brief. Appellee's brief was originally due to be filed on March 30, 2020, and the Court previously granted appellee four extensions for the filing of appellee's brief in this cause.

The Court, having fully examined and considered appellee's fifth motion for extension of time to file the brief and the extensions previously granted in this cause, is of the opinion exigent circumstances exist, and in the interest of justice, appellee's fifth motion for extension of time to file the brief should be granted. Accordingly, appellee's fifth motion for extension of time to file brief is GRANTED. The Court looks with disfavor upon the delay caused by counsel's failure to have filed a brief in this matter.

IT IS THEREFORE ORDERED that the Honorable Rodolfo Martinez Jr., counsel for appellee, file the appellate brief with this Court on or before November 12, 2020. No further motions to extend will be entertained.

PER CURIAM

Do not publish.
TEX. R. APP. P.47.2(b).

Delivered and filed the 29th
day of September, 2020.

2